The situation remained unchanged until the Turnpike Company requested the transfer in 1923 and the same was carried through. Huffman thereafter continued as president and manager of the taxpayer at a salary of $4,000 a year.

None of the stock in the Turnpike Company was owned by Huffman. Three of the five directors in the taxpayer were also among the five directors in the Turnpike Company, the other two being different persons in each company.

The Commissioner determined a deficiency for the year 1919 in the amount of $2,770.82, and from that determination the taxpayer duly appealed to this Board.

### DECISION.

The determination of the Commissioner is approved.

### OPINION.

IVINS: The mere agreement by a single minority interest to sell its stock to the single majority interest on request at a price to be determined upon the exercise of the option, unsupported by any evidence that control was in fact exercised by the majority as to the voting of the minority stock or as to how any of the stock was voted, does not constitute sufficient proof of the affiliation of two corporations within the meaning of section 240 of the Revenue Act of 1918.

As stated by us in *Appeal of Isse Koch & Co.*, 1 B. T. A. 624, 627:

The control, however, must be shown to be a genuine and real control actually exercised, and it can not be established by mere assertions or agreements between majority and minority stockholders unsupported by facts. Potential control of stock is not sufficient in itself to justify consolidation.

The direct ownership by the Yosemite Stage and Turnpike Co. of 65 per cent of the taxpayer's stock was not, to our minds, an ownership or control of *substantially all* of such stock.

---

## APPEAL OF HONOMU SUGAR CO.

Docket No. 1355.    Submitted May 28, 1925.    Decided July 14, 1925.

*M. N. Fisher, Esq.*, for the Commissioner.

Before JAMES, LITTLETON, SMITH, and TRUSSELL.

This is an appeal from the determination of a deficiency in income and profits tax for the year 1920 in the amount of $73,628.60. The issue is the method of measuring the loss on the sale of securities.

### FINDINGS OF FACT.

The taxpayer is a corporation organized under the laws of the Territory of Hawaii, with its principal office at Honolulu.

Prior to March 1, 1913, the taxpayer purchased 790 shares of stock of Sugar Factories Co., Ltd., at a cost of $79,000. In 1920, the taxpayer sold the stock for $31,584.20. In its income-tax return for 1920, the taxpayer claimed that the stock had a fair market value on March 1, 1913, of $240,428.60, and deducted in its return as its alleged loss the amount of $208,844.40. The Commissioner in the audit of the taxpayer's return limited the loss to $47,415.80, the difference between the cost of the stock and the selling price thereof, and determined the deficiency here in issue.

### DECISION.

The determination of the Commissioner is approved.

### OPINION.

JAMES: The decision in this appeal is governed by the decisions of the Supreme Court in *United States* v. *Flannery*, 268 U. S. 98, and *McCaughn* v. *Ludington*, 268 U. S. 106, decided April 13, 1925.

---

## APPEAL OF PACIFIC CAR & EQUIPMENT CO.

Docket No. 1093.   Submitted June 24, 1925.   Decided July 14, 1925.

*Arthur H. Redington, Esq.*, and *B. H. Hicklin, C. P. A.*, for the taxpayer.
*Ward Loveless, Esq.*, for the Commissioner.

Before GRAUPNER, TRAMMELL, and PHILLIPS.

Taxpayer appeals from the determination by the Commissioner of a deficiency in income and profits taxes for 1920 in the sum of $1,970.13. The petition alleges two errors on the part of the Commissioner, one of which was withdrawn at the time of the hearing, leaving for consideration by the Board only the question as to whether error was committed by the Commissioner in reducing the rate of depreciation upon railroad tracks, roads and fences, shop buildings, and water system, from 5 per cent per annum to 3 per cent per annum.

### FINDINGS OF FACT.

The taxpayer is a California corporation with its principal office and shops at South San Francisco. The cost to the taxpayer of the